Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ivorie M. Hines** | : | Case No. 20−20406−JAD |
| **aka Ivory Hines** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related To ECF No. 66 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

　　　　*AND NOW,* this *The 24th of June, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

　　　　(1)　The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

　　　　(2)　Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

　　　　(3)　The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

　　　　(4)　The Clerk shall give notice to all creditors of this dismissal.

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20406-JAD |
| Ivorie M. Hines | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 4 |
| Date Rcvd: Jun 24, 2021 | Form ID: 309 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ivorie M. Hines, 525 Hoover Road, Pittsburgh, PA 15235-4454 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15193805 | + | AHN Emergency Group of Pittsburgh, P.O. Box 14099, Belfast, ME 04915-4034 |
| 15193806 | + | Allegheny Health Network, P.o. Box 645266, Pittsburgh, PA 15264-5250 |
| 15193807 | + | Allegheny Clinic Radiology, P.O.Box 645367, Pittsburgh, PA 15264-5251 |
| 15193808 | + | Arendosh Heating & Cooling, 501 Old Franstown Road, Pittsburgh, PA 15239-1741 |
| 15193810 | + | City Of Pittsburgh EMS, PO Box 18210, Pittsburgh, PA 15236-0210 |
| 15193815 | + | East Liberty Family Health Care Center, Inc., P.O. Box 643259, Pittsburgh, PA 15264-3259 |
| 15193816 | + | Fedloan Servicing, POB 60610, Harrisburg, PA 17106-0610 |
| 15193817 | + | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15193818 |   | GM Financial, PO Box 1841145, Arlington, TX 76096 |
| 15193819 | + | Kay Jewelers, P.O.Box 4485, Beaverton, OR 97076-4485 |
| 15227741 | + | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 15207831 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15193822 | + | Penny Mac Loan Service, 3043 Towngate Road, Suite 2001, Westlake Village, CA 91361-3027 |
| 15193823 | + | Peoples National Gas, P.O.Box 644760, Pittsburgh, PA 15264-4760 |
| 15221362 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15193824 | + | Professional Account Management LLC, P.O. Box 391, Milwaukee, WI 53201-0391 |
| 15193825 | + | Professional Account Management, LLC, P.O.Box 640, Pittsburgh, PA 15230-0640 |
| 15193826 | + | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 15193832 | + | Tate & Kirlin Associates, INC, Suite 240 580 Middletown Blvd, Langhorne, PA 19047-1876 |
| 15193833 | + | The Receivable Management Services, P.o.Box 361598, Columbus, OH 43236-1598 |
| 15193834 | + | The Wilkinsburgh Penn Joint Water Author, 2200 Robinson Blvd, Pittsburgh, PA 15221-1193 |
| 15193838 | + | U.S. Department of Education, P.O.Box 105028, Atlanta, GA 30348-5028 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | Jun 25 2021 03:33:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | EDI: PHINAMERI.COM | Jun 25 2021 03:33:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 25 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15199097 | | EDI: PHINAMERI.COM | Jun 25 2021 03:33:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15225859 | + | EDI: CINGMIDLAND.COM | | |

Case 20-20406-JAD    Doc 73    Filed 06/26/21    Entered 06/27/21 00:27:06    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: msch | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 309 | Total Noticed: 57 |

| Recipient ID | | Delivery Method | Date/Time | Party Name and Address |
|---|---|---|---|---|
| | | | Jun 25 2021 03:33:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15214574 | | EDI: ATLASACQU | Jun 25 2021 03:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15215139 | + | EDI: ACBK.COM | Jun 25 2021 03:33:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2185 |
| 15193809 | + | EDI: CAPITALONE.COM | Jun 25 2021 03:33:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15197285 | | EDI: CAPITALONE.COM | Jun 25 2021 03:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15193811 | + | EDI: WFNNB.COM | Jun 25 2021 03:33:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 15193812 | + | EDI: WFNNB.COM | Jun 25 2021 03:33:00 | ComenityBank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15193813 | + | EDI: CONVERGENT.COM | Jun 25 2021 03:33:00 | Convergent Outssourcing,Inc, 800 SW 39th Street /P.O. Box 9004, Renton, WA 98057-9004 |
| 15193814 | + | EDI: CCS.COM | Jun 25 2021 03:33:00 | Credit Collection Service, P O Box 607, Norwood, MA 02062-0607 |
| 15229250 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 24 2021 23:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15203163 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2021 23:49:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15221717 | + | EDI: MID8.COM | Jun 25 2021 03:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15193820 | + | Email/Text: bnc@nordstrom.com | Jun 24 2021 23:36:12 | Nordstrom Card Services, P.O. Box 6566, Englewood, CO 80155-6566 |
| 15193821 | + | Email/Text: bnc@nordstrom.com | Jun 24 2021 23:36:12 | Nordstromtdbank USA, 13531 E. Carley Avenue, Englewood, CO 80111-6504 |
| 15193827 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 24 2021 23:37:00 | Receivable Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15193830 | + | EDI: RMSC.COM | Jun 25 2021 03:33:00 | SYNCB/JC PENNEY, P.O.Box 965007, Orlando, FL 32896-5007 |
| 15193831 | + | EDI: RMSC.COM | Jun 25 2021 03:33:00 | SYNCB/WAL-MART, P.O.Box 965024, Orlando, FL 32896-5024 |
| 15193829 | + | EDI: RMSC.COM | Jun 25 2021 03:33:00 | Syncb/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15229631 | + | EDI: RMSC.COM | Jun 25 2021 03:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15194593 | + | EDI: RMSC.COM | Jun 25 2021 03:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15193836 | | Email/Text: tidewaterlegalebn@twcs.com | Jun 24 2021 23:36:00 | Tidewater Finance Company, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 15202575 | | Email/Text: tidewaterlegalebn@twcs.com | Jun 24 2021 23:36:05 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 15229279 | + | Email/Text: bankruptcy@huntington.com | Jun 24 2021 23:37:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15193835 | + | Email/Text: tidewaterlegalebn@twcs.com | Jun 24 2021 23:36:00 | Tidewater Credit Services, LLc, P.O.Box 17308, |

Case 20-20406-JAD   Doc 73   Filed 06/26/21   Entered 06/27/21 00:27:06   Desc Imaged
                             Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 309 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Baltimore, MD 21297-1308 |
| 15193837 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 24 2021 23:37:00 | Transworld Systems Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 15193839 | + | EDI: VERIZONCOMB.COM | Jun 25 2021 03:33:00 | Verizon, 500 Technology Drive Suite 300, Saint Charles, MO 63304-2225 |
| 15223668 | | EDI: AIS.COM | Jun 25 2021 03:33:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15193840 | + | EDI: WFNNB.COM | Jun 25 2021 03:33:00 | Victoria's Secret, PO BOX 659728, San Antonio, TX 78265-9728 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15201410 | *+ | AHN Emergency Group of Pittsburgh, P.O. Box 14099, Belfast, ME 04915-4034 |
| 15219787 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15201411 | *+ | Allegheny Health Network, P.o. Box 645266, Pittsburgh, PA 15264-5250 |
| 15201412 | *+ | Allegheny Clinic Radiology, P.O.Box 645367, Pittsburgh, PA 15264-5251 |
| 15201413 | *+ | Arendosh Heating & Cooling, 501 Old Franstown Road, Pittsburgh, PA 15239-1741 |
| 15201414 | *+ | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15201415 | *+ | City Of Pittsburgh EMS, PO Box 18210, Pittsburgh, PA 15236-0210 |
| 15201416 | *+ | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 15201417 | *+ | ComenityBank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15201418 | *+ | Convergent Outssourcing,Inc, 800 SW 39th Street /P.O. Box 9004, Renton, WA 98057-9004 |
| 15201419 | *+ | Credit Collection Service, P O Box 607, Norwood, MA 02062-0607 |
| 15201420 | *+ | East Liberty Family Health Care Center, Inc., P.O. Box 643259, Pittsburgh, PA 15264-3259 |
| 15201421 | *+ | Fedloan Servicing, POB 60610, Harrisburg, PA 17106-0610 |
| 15201422 | *+ | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15201423 | * | GM Financial, PO Box 1841145, Arlington, TX 76096 |
| 15201424 | *+ | Kay Jewelers, P.O.Box 4485, Beaverton, OR 97076-4485 |
| 15201425 | *+ | Nordstrom Card Services, P.O. Box 6566, Englewood, CO 80155-6566 |
| 15201426 | *+ | Nordstromtdbank USA, 13531 E. Carley Avenue, Englewood, CO 80111-6504 |
| 15201427 | *+ | Penny Mac Loan Service, 3043 Towngate Road, Suite 2001, Westlake Village, CA 91361-3027 |
| 15201428 | *+ | Peoples National Gas, P.O.Box 644760, Pittsburgh, PA 15264-4760 |
| 15201429 | *+ | Professional Account Management LLC, P.O. Box 391, Milwaukee, WI 53201-0391 |
| 15201430 | *+ | Professional Account Management, LLC, P.O.Box 640, Pittsburgh, PA 15230-0640 |
| 15201431 | *+ | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 15201432 | *+ | Receivable Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 15201435 | *+ | SYNCB/JC PENNEY, P.O.Box 965007, Orlando, FL 32896-5007 |
| 15201436 | *+ | SYNCB/WAL-MART, P.O.Box 965024, Orlando, FL 32896-5024 |
| 15201433 | *+ | Security Credit Servic, 2653 W oxfrd Loop, Oxford, MS 38655-2929 |
| 15201434 | *+ | Syncb/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15201441 | *P++ | TIDEWATER FINANCE COMPANY, P O BOX 13306, CHESAPEAKE VA 23325-0306, address filed with court:, Tidewater Finance Company, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 15201437 | *+ | Tate & Kirlin Associates, INC, Suite 240 580 Middletown Blvd, Langhorne, PA 19047-1876 |
| 15201438 | *+ | The Receivable Management Services, P.o.Box 361598, Columbus, OH 43236-1598 |
| 15201439 | *+ | The Wilkinsburgh Penn Joint Water Author, 2200 Robinson Blvd, Pittsburgh, PA 15221-1193 |
| 15201440 | *+ | Tidewater Credit Services, LLc, P.O.Box 17308, Baltimore, MD 21297-1308 |
| 15201442 | *+ | Transworld Systems Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 15201443 | *+ | U.S. Department of Education, P.O.Box 105028, Atlanta, GA 30348-5028 |
| 15201444 | *+ | Verizon, 500 Technology Drive Suite 300, Saint Charles, MO 63304-2225 |
| 15201445 | *+ | Victoria's Secret, PO BOX 659728, San Antonio, TX 78265-9728 |
| 15193828 | ##+ | Security Credit Servic, 2653 W oxfrd Loop, Oxford, MS 38655-2929 |

TOTAL: 1 Undeliverable, 38 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021             Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Franklin L. Robinson, Jr. | on behalf of Debtor Ivorie M. Hines frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sarah Kathleen McCaffery | on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 11