**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| IVORIE M. HINES | Case No.:20-20406 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/03/2020 and confirmed on 09/02/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,500.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 340.37 | |
|    Trustee Fee | 255.50 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 595.87 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 2,904.13 | 0.00 | 2,904.13 |
|     Acct: 2678 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 81,183.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 2678 | | | | |
|   ATLAS ACQUISITIONS LLC - ASSIGNEE KA | 1,444.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 9078 | | | | |
|   AMERICAN CREDIT ACCEPTANCE | 25,536.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 3032 | | | | |
| | | | | 2,904.13 |
| **Priority** | | | | |
|   FRANKLIN L ROBINSON JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   IVORIE M. HINES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANKLIN L ROBINSON JR ESQ | 3,310.00 | 340.37 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,400.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2678 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PENNYMAC LOAN SERVICES LLC | 5,856.96 | 0.00 | 0.00 | 0.00 |
| Acct: 2678 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AHN EMERGENCY GROUP OF PITTSBURG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6385 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0081 | | | | |
| ALLEGHENY CLINIC RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7480 | | | | |
| ALLEGHENY CLINIC RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7480 | | | | |
| ARENDOSH HEATING AND COOLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2608 | | | | |
| LVNV FUNDING LLC | 389.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4710 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,392.82 | 0.00 | 0.00 | 0.00 |
| Acct: 0078 | | | | |
| CITY OF PITTSBURGH EMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6309 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8467 | | | | |
| MIDLAND FUNDING LLC | 1,452.20 | 0.00 | 0.00 | 0.00 |
| Acct: 1048 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0826 | | | | |
| CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6446 | | | | |
| CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6716 | | | | |
| EAST LIBERTY FAMILY HEALTH CNR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3530 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 76FD | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7579 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 11,373.99 | 0.00 | 0.00 | 0.00 |
| Acct: 6721 | | | | |
| NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0329 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 519.14 | 0.00 | 0.00 | 0.00 |
| Acct: 9261 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5364 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4903 | | | | |
| RADIUS GLOBAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1253 | | | | |
| AT & T MOBILITY II LLC | 2,573.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0947 | | | | |
| ATLAS ACQUISITIONS LLC - ASSIGNEE OF | 2,520.15 | 0.00 | 0.00 | 0.00 |
| Acct: TPM6 | | | | |
| SYNCHRONY BANK | 441.32 | 0.00 | 0.00 | 0.00 |
| Acct: 9136 | | | | |
| MIDLAND FUNDING LLC | 464.39 | 0.00 | 0.00 | 0.00 |
| Acct: 0362 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3262 | | | | |
|   TATE & KIRLIN ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7631 | | | | |
|   RMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 35A3 | | | | |
|   WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1406 | | | | |
|   TIDEWATER CREDIT SVCS AKA | 1,160.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 5795 | | | | |
|   TIDEWATER CREDIT SVCS AKA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9741 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2761 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4308 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 1,093.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   VICTORIA'S SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1048 | | | | |
|   PENN HILLS SD (PENN HILLS) (EIT)** | 120.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 3032 | | | | |
|   DUQUESNE LIGHT COMPANY* | 2,224.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 0171 | | | | |
|   DUQUESNE LIGHT COMPANY* | 1,893.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 0599 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 963.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 3701 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0362 | | | | |
|   AMERICREDIT FINANCIAL SVCS DBA GM F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LLF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                            2,904.13

```
TOTAL CLAIMED
PRIORITY              7,256.96
SECURED             108,164.30
UNSECURED            31.583.57
```

Date: 07/06/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com